**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903530**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1024
Telefax:  (503) 727-1117
  *Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **CASCADE FOREST CONSERVANCY**, a non-profit corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. DEPARTMENT OF AGRICULTURE-FOREST SERVICE**, an agency of the U.S. Government; and **BUREAU OF LAND MANAGEMENT**, an agency of the U.S. Government,<br><br>*Defendants.* | Case No.: 3:19-cv-481-MO<br><br>**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendants hereby give notice of the substitution of their litigation counsel in the above-captioned action from their current counsel of record, Stephen J. Odell, to Assistant U.S. Attorney Kevin C. Danielson, whose contact information is set forth below.  Toward that end,

Defendants respectfully request that the Court and all parties from this date forward direct any further filings, judicial notices, or other communications regarding this matter to Mr. Danielson.

Kevin C. Danielson
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1025
Telefax:  (503) 727-1117

Respectfully submitted this 10th day of October 2019.

                                              s/ Stephen J. Odell
                                              Stephen J. Odell
                                              Assistant United States Attorney
                                               Of Attorneys for Defendants