**Thomas C. Buchele, OSB # 081560**
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland OR 97219-7799
Tel: 503-768-6736
tbuchele@lclark.edu

**Roger Flynn**, *Admitted Pro Hac Vice*
Western Mining Action Project
P.O. Box 349
Lyons, CO  80540
Telephone: (303) 823-5738
wmap@igc.org

*Attorneys for Plaintiff Cascade Forest Conservancy*

**Billy J. Williams, OSB #901366**
United States Attorney
**Kevin Danielson, OSB #065860**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **CASCADE FOREST CONSERVANCY,** a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Government; and **UNITED STATES BUREAU OF LAND MANAGEMENT,** an agency of the United States Government,<br><br>    Defendants. | Case No.: 3:19-cv-00481-MO<br><br>**JOINT STATUS REPORT** |

Page 1 –    JOINT STATUS REPORT

The parties submit this Joint Status Report and request the current stay of this litigation for an additional seven days, until October 1, 2020.  The current joint status report is due today, September 24, 2020.  ECF 40.

1. Plaintiff brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and alleged that Defendants violated FOIA.

2. Defendants have produced over 50,000 pages of records in response to Plaintiff's multiple FOIA requests that are at issue in this case.

3. Defendants agreed to conduct supplemental searches for records responsive to the FOIA request.

4. As a result of the additional searches, the Bureau of Land Management has released 2,825 more pages to Plaintiff.  The BLM estimates that it will complete its release of documents responsive to the additional searches in the next four weeks.

5. The Forest Service's FOIA coordinator has had a family emergency and has been unable to update counsel with current information.

6. The parties jointly request that the Court issue an Order extending the stay until October 1, 2020, and requiring the parties to submit a Joint Status Report with the Court on that date.

Dated:  September 24, 2020.

/s/ Thomas C. Buchele
THOMAS C. BUCHELE
Earthrise Law Center
Attorney for Plaintiff

BILLY J. WILLIAMS
United States Attorney
District of Oregon

/s/ Kevin Danielson
KEVIN DANIELSON
Assistant United States Attorney
Attorney for Defendants

Page 2 –     JOINT STATUS REPORT